MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) CHAPTER 7
) CASE NO. <u>05-40569-GFK</u>
HOLLISTER, WADE R )
) TRUSTEE'S FINAL REPORT AND
) PROPOSED DISTRIBUTION
Debtor (s) )

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>30,703.05</u>, disbursements of $<u>19.48</u>, and balance on hand of $<u>30,683.57</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of Entity | Nature of Interest | Proposed Payment |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $<u>3,820.31</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>3,820.31</u> for final compensation and an additional $<u>257.34</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $15,427.41, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 3,820.31 | 3,820.31 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 257.34 | 257.34 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 5,146.25 | 5,146.25 |
| LEONARD, O'BRIEN, SPENCER, GALE & S | TRUSTEE ATTORNEY FEES | 4,503.00 | 4,503.00 |
| LINDA M. BERREAU | ACCOUNTANT FEES | 638.00 | 638.00 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 747.21 | 747.21 |
| LEONARD OBRIEN SPENCER GALE & SAYRE | TRUSTEE ATTORNEY EXPENSES | 300.00 | 300.00 |
| LINDA M. BERREAU * | ACCOUNTANT EXPENSES | 15.30 | 15.30 |
| | Total | 15,427.41 | 15,427.41 |

(b) $15,256.16 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICES | 000011 | 061 | 75,029.26 | 15,256.16 |
| Total | | | $75,029.26 | 15,256.16 |

(c) $0.00, for unsecured creditors allowed in the total amount of $806,443.74, yielding a dividend of 0.0000000% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| CARPENTERS & JOINERS FRINGE BENEFIT | 000008 | 59,636.41 | 0.00 |
| CHASE MANHATTAN BANK USA | 000004 | 13,486.47 | 0.00 |
| CITIBANK USA NA | 000007 | 5,280.15 | 0.00 |
| DISCOVER FINANCIAL SERVICES | 000003 | 3,508.75 | 0.00 |
| GENERAL CASUALTY | 000005 | 135,979.26 | 0.00 |
| ISANTI READY MIX | 000002 | 25,856.97 | 0.00 |
| KEYSTONE BUILDING SYSTEMS INC | 000009 | 528,990.75 | 0.00 |
| LEAF CONSTRUCTION | 000001 | 4,925.00 | 0.00 |
| MBNA AMERICA BANK NA | 000006 | 27,491.61 | 0.00 |
| MITCHELL CONVERSE ATTY | 000010 | 1,288.37 | 0.00 |
| Total | | $806,443.74 | $0.00 |

7. The trustee's distribution of gross receipts of $30,703.05 from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ | 3,820.31 | a. | Trustee Compensation |
| $ | 9,649.25 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 638.00 | d. | Other Professionals |
| $ | 1,339.33 | e. | All expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 15,256.16 | g. | Priority Creditors |
| $ | 0.00 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 30,703.05 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 30,703.05 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8.    The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  April 7, 2006                         /e/ Randall L. Seaver
                                              RANDALL L. SEAVER, Trustee
                                              12400 PORTLAND AVENUE SOUTH
                                              SUITE 132
                                              BURNSVILLE, MN  55337
                                              (952) 890-0888


REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated:   May 5, 2006                          HABBO G. FOKKENA
                                              UNITED STATES TRUSTEE
                                              Region 12

                                         By: _[signature]_

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 05-40569 GFK Judge: Gregory F. Kishel | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | HOLLISTER, WADE R | Date Filed (f) or Converted (c): | 01/31/05 (f) |
| | | 341(a) Meeting Date: | 03/07/05 |
| For Period Ending: 04/11/06 | | Claims Bar Date: | 07/11/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 20.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. HOMESTEAD | 250,000.00 | 9,004.43 | | 24,554.43 | FA |
| Excess homestead value not exempt | | | | | |
| 3. CAMCORDER | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. 1/2 INTEREST-2003 LUND BOAT | 10,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. PENSION PLANS AND PROFIT SHARING | Unknown | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. 100% HOLLISTER CONSTRUCTION INC. | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. 40% CROSSCREED CONSTRUCTION INC. | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. HOUSEHOLD GOODS AND FURNISHINGS | 5,020.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. TOOLS | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. CLAIM VS. DEBTOR'S MOTHER-IN-LAW (u) | 0.00 | 20,000.00 | | 6,000.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 148.62 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $ 269,090.00   $ 29,004.43   $ 30,703.05   $0.00

(Total Dollar Amount in Column 6)

LFORM1

Ver: 11.00a

Case No: 05-40569  GFK  Judge: Gregory F. Kishel  Trustee Name: RANDALL L. SEAVER
Case Name: HOLLISTER, WADE R  Date Filed (f) or Converted (c): 01/31/05 (f)
341(a) Meeting Date: 03/07/05
Claims Bar Date: 07/11/05

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PENDING 727 LITIGATION AND AVOIDANCE LITIGATION

Initial Projected Date of Final Report (TFR): 10/31/06    Current Projected Date of Final Report (TFR): 10/31/06

LFORM1                                                                                                              Ver: 11.00a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-40569 -GFK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | HOLLISTER, WADE R | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4020 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7215 | | |
| For Period Ending: | 04/11/06 | Blanket Bond (per case limit): | $ 18,470,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/05 | 2 | Home Closing Services<br>11200 West 78th Street<br>Eden Prairie, MN 55344 | Excess homestead | 1110-000 | 24,554.43 | | 24,554.43 |
| 04/29/05 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.65 | | 24,557.08 |
| 05/31/05 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.22 | | 24,562.30 |
| 06/09/05 | 000101 | International Sureties, Ltd.<br>Suite 1700<br>210 Baronne Street<br>New Orleans, La. 70112 | TRUSTEE BOND<br>Bond #016018055 | 2300-000 | | 19.48 | 24,542.82 |
| 06/30/05 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.04 | | 24,547.86 |
| 07/29/05 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.21 | | 24,553.07 |
| 08/31/05 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 12.52 | | 24,565.59 |
| 09/30/05 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 12.11 | | 24,577.70 |
| 10/31/05 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 12.52 | | 24,590.22 |
| 11/03/05 | 11 | Wade or Vicki Hollister<br>P.O. Box 312<br>Cedar, MN 55011 | Avoidance claim | 1241-000 | 6,000.00 | | 30,590.22 |
| 11/30/05 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 14.29 | | 30,604.51 |
| 12/30/05 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 15.59 | | 30,620.10 |
| 01/31/06 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 15.61 | | 30,635.71 |
| 02/28/06 | 12 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.82 | | 30,657.53 |
| 03/31/06 | 12 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.04 | | 30,683.57 |

Page Subtotals 30,703.05 19.48

LFORM24

Ver: 11.00a

| | |
|---|---|
| Case No: 05-40569 -GFK | Trustee Name: RANDALL L. SEAVER |
| Case Name: HOLLISTER, WADE R | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******4020  Money Market - Interest Bearing |
| Taxpayer ID No: *******7215 | |
| For Period Ending: 04/11/06 | Blanket Bond (per case limit): $ 18,470,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 30,703.05 | 19.48 | 30,683.57 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 30,703.05 | 19.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 30,703.05 | 19.48 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Money Market - Interest Bearing - *******4020 | | 30,703.05 | 19.48 | 30,683.57 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 30,703.05 | 19.48 | 30,683.57 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 11.00a

LFORM24

# PROPOSED DISTRIBUTION

Case Number: 05-40569  GFK  
Debtor Name: HOLLISTER, WADE R  
Page 1  
Date: April 11, 2006

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $30,683.57 |
| | **Claim Type -** | | | | | | | |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $3,820.31 *<br>$3,820.31 | $0.00 | $3,820.31 | $3,820.31 | $26,863.26 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $257.34 *<br>$257.34 | $0.00 | $257.34 | $257.34 | $26,605.92 |
| | **Subtotal For Claim Type** | | | $4,077.65 *<br>$4,077.65 | $0.00 | $4,077.65 | $4,077.65 | |
| | **Claim Type AE - ACCOUNTANT EXPENSES** | | | | | | | |
| 000017 | LINDA M. BERREAU * | Admin | 025 | $15.30 *<br>$15.30 | $0.00 | $15.30 | $15.30 | $26,590.62 |
| | **Subtotal For Claim Type AE** | | | $15.30 *<br>$15.30 | $0.00 | $15.30 | $15.30 | |
| | **Claim Type AF - ACCOUNTANT FEES** | | | | | | | |
| 000016 | LINDA M. BERREAU | Admin | 025 | $638.00 *<br>$638.00 | $0.00 | $638.00 | $638.00 | $25,952.62 |
| | **Subtotal For Claim Type AF** | | | $638.00 *<br>$638.00 | $0.00 | $638.00 | $638.00 | |
| | **Claim Type TAE - TRUSTEE ATTORNEY EXPENSES** | | | | | | | |
| 000013 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $747.21 *<br>$747.21 | $0.00 | $747.21 | $747.21 | $25,205.41 |
| 000015 | LEONARD OBRIEN SPENCER GALE & SAYRE | Admin | 025 | $300.00 *<br>$300.00 | $0.00 | $300.00 | $300.00 | $24,905.41 |
| | **Subtotal For Claim Type TAE** | | | $1,047.21 *<br>$1,047.21 | $0.00 | $1,047.21 | $1,047.21 | |
| | **Claim Type TAF - TRUSTEE ATTORNEY FEES** | | | | | | | |
| 000012 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $5,146.25 *<br>$5,146.25 | $0.00 | $5,146.25 | $5,146.25 | $19,759.16 |
| 000014 | LEONARD, O'BRIEN, SPENCER, GALE & SAYRE | Admin | 025 | $4,503.00 *<br>$4,503.00 | $0.00 | $4,503.00 | $4,503.00 | $15,256.16 |
| | **Subtotal For Claim Type TAF** | | | $9,649.25 *<br>$9,649.25 | $0.00 | $9,649.25 | $9,649.25 | |

PROPDIS8  
Printed: 04/11/06 07:46 PM  Ver: 11.00a

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Subtotals For Class Administrative 100.00000 % | | | $15,427.41 *<br>$15,427.41 | $0.00 | $15,427.41 | $15,427.41 | |
| | **Claim Type PTL - PRIORITY CLAIMS (TAX LIENS)** | | | | | | | |
| 000011 | INTERNAL REVENUE SERVICES | Priority | 061 | $75,029.26 *<br>$75,029.26 | $0.00 | $75,029.26 | $15,256.16 | $0.00 |
| | **Subtotal For Claim Type PTL** | | | $75,029.26 *<br>$75,029.26 | $0.00 | $75,029.26 | $15,256.16 | |
| | Subtotals For Class Priority 20.33361 % | | | $75,029.26 *<br>$75,029.26 | $0.00 | $75,029.26 | $15,256.16 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000001 | LEAF CONSTRUCTION | Unsec | 070 | $4,925.00 *<br>$4,925.00 | $0.00 | $4,925.00 | $0.00 | $0.00 |
| 000002 | ISANTI READY MIX | Unsec | 070 | $25,856.97 *<br>$25,856.97 | $0.00 | $25,856.97 | $0.00 | $0.00 |
| 000003 | DISCOVER FINANCIAL SERVICES | Unsec | 070 | $3,508.75 *<br>$3,508.75 | $0.00 | $3,508.75 | $0.00 | $0.00 |
| 000004 | CHASE MANHATTAN BANK USA | Unsec | 070 | $13,486.47 *<br>$13,486.47 | $0.00 | $13,486.47 | $0.00 | $0.00 |
| 000005 | GENERAL CASUALTY | Unsec | 070 | $135,979.26 *<br>$135,979.26 | $0.00 | $135,979.26 | $0.00 | $0.00 |
| 000006 | MBNA AMERICA BANK NA | Unsec | 070 | $27,491.61 *<br>$27,491.61 | $0.00 | $27,491.61 | $0.00 | $0.00 |
| 000007 | CITIBANK USA NA | Unsec | 070 | $5,280.15 *<br>$5,280.15 | $0.00 | $5,280.15 | $0.00 | $0.00 |
| 000008 | CARPENTERS & JOINERS FRINGE BENEFIT FUND | Unsec | 070 | $59,636.41 *<br>$59,636.41 | $0.00 | $59,636.41 | $0.00 | $0.00 |
| 000009 | KEYSTONE BUILDING SYSTEMS INC | Unsec | 070 | $528,990.75 *<br>$528,990.75 | $0.00 | $528,990.75 | $0.00 | $0.00 |
| 000010 | MITCHELL CONVERSE ATTY | Unsec | 070 | $1,288.37 *<br>$1,288.37 | $0.00 | $1,288.37 | $0.00 | $0.00 |
| | **Subtotal For Claim Type UC** | | | $806,443.74 *<br>$806,443.74 | $0.00 | $806,443.74 | $0.00 | |
| | Subtotals For Class Unsecured 0.00000 % | | | $806,443.74 *<br>$806,443.74 | $0.00 | $806,443.74 | $0.00 | |

# PROPOSED DISTRIBUTION

Case Number: 05-40569  GFK  Page 3  Date: April 11, 2006
Debtor Name: HOLLISTER, WADE R

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $896,900.41<br>$896,900.41 | $0.00 | $896,900.41 | $30,683.57 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 05-40569 GFK
**Debtor:** HOLLISTER, WADE R

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $30,703.05

|  |  | $30,703.05 | 25% of First $5,000 | $1,250.00 |
|---|---|---|---|---|
| Less | - | $5,000.00 | ($1,250 Maximum) |  |
| Balance |  | $25,703.05 | 10% of Next $45,000 | $2,570.31 |
| Less | - | $25,703.05 | ($4,500 Maximum) |  |
| Balance |  | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |  |
| Balance |  | $0.00 | 3% of Balance | $0.00 |

                                                                                                                      _____

**TOTAL COMPENSATION CALCULATED:**      $3,820.31

  Less Previously Paid Compensation:      $0.00

                                      _____

**TOTAL COMPENSATION REQUESTED:**      **$3,820.31**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| : 341 TRANSCRIPT 1 @ 253.00 | $253.00 |
|---|---|
| COPY: Photocopy/Duplication Expense 7 pages @ 0.25 / page | $1.75 |
| POST: Postage 1 each @ 2.59 / each | $2.59 |

                          _____

**TOTAL EXPENSES CALCULATED:**      $257.34

  Less Previously Paid Expenses:      $0.00

                         _____

**TOTAL EXPENSES REQUESTED:**      **$257.34**

                        ==============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:**      **$4,077.65**

**DATED: 04/11/06**

**SIGNED** _____    **TRUSTEE:** RANDALL L. SEAVER
                                                                                                12400 PORTLAND AVENUE SOUTH
                                                                                                 SUITE 132

# Compensation and Expenses Worksheet

**Case Number:** 05-40569 GFK
**Debtor:** HOLLISTER, WADE R

BURNSVILLE, MN  55337